RECEIVED
IN LAKE CHARLES, LA

DEC 2 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| COREY DARNELL MCKAY #326162 | CIVIL ACTION NO. 07-1531-LC |
| VS. | SECTION P |
| GEO GROUP, INC., ET AL | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

IT IS ORDERED that plaintiff's civil rights complaint be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

IT IS ALSO ORDERED that plaintiff's request for transfer be denied.

THUS DONE AND SIGNED, in chambers, in Lake Charles, Louisiana, on this ___ day of _____, 2007.

\* Stop eating jelly.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE